UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                              )
SEVER PICU, individually and as               )
representative of the Estate of Roberta Picu, )
                                              )   No. C14-0330RSL
                    Plaintiffs,               )
                                              )
     v.                                       )   ORDER STRIKING MARIANA BOT'S
                                              )   AMENDED DECLARATION
MARIANNA BOT, DOREL BOT, and                  )
DUVALL ADULT FAMILY HOME,                     )
                                              )
                    Defendants.               )
_____)

On September 8, 2015, defendants Mariana Bot and Duvall Adult Family Home filed a motion for summary judgment which was supported by a declaration from Ms. Bot. The motion was properly noted for consideration on the Court's calendar for Friday, October 2, 2015. Three weeks after the note date, defendants filed an "Amended Declaration of Mariana Bot in Support of Defendants' Motions for Summary Judgment." Dkt. # 87. No explanation for the untimely and unauthorized submission was offered. Defendants now state that they simply "modified some of the wording used in the original declaration" (Dkt. # 92 at 2), but word-smithing is hardly a justification for the untimely filing. If, as defendants contend, no new information is contained in the amendment, it is unnecessary. If, on the other hand, new information is included, its consideration would be unfair. Plaintiff's motion to strike the amended declaration is therefore GRANTED.

ORDER STRIKING MARIANA BOT'S
AMENDED DECLARATION

1        To the extent plaintiffs object to the exhibits attached to Ms. Bot's original declaration, the objections are overruled. All evidentiary objections are to be raised in the responsive memorandum. LCR 7(g). This separate motion to strike is untimely and unauthorized.

Dated this 14th day of December, 2015.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge