UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERTA PICU and SEVER PICU,

        Plaintiffs,

   v.

MARIANNA BOT, *et al.*,

        Defendants.

No. C14-0330RSL

ORDER DENYING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

This matter comes before the Court on "Plaintiffs' Motion for Protective Order to Enforce Discovery Orders and Exclude Evidence." Dkt. # 89. On September 25, 2015, the Court granted in part plaintiff's first motion for protective order, quashing a number of subpoenas, but finding that defendants could follow up on Mr. Picu's testimony "regarding possible L&I claims plaintiffs filed against prior employers." Dkt. # 72 at 3. The subpoena issued to the Washington Department of Labor & Industries was not modified in any way, and defendants properly pursued that discovery. Plaintiffs apparently believe that the purpose of the subpoena "was likely not clear to the Court" (Dkt. # 89 at 6) and that it should have been limited based on the Court's analysis. Plaintiffs did not, however, move for reconsideration, instead opting to seek enforcement of a discovery limitation that was never imposed.

ORDER DENYING PLAINTIFFS'
MOTION FOR PROTECTIVE ORDER

1       The motion for protective order is DENIED. Counsel John Barton and/or the Barton Law Firm are hereby ORDERED to pay to defendants $1,860.00 as the reasonable and necessary costs incurred in responding to this motion. Fed. R. Civ. P. 26 (c)(3) and 37(a)(5)(B).

Dated this 14th day of December, 2015.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge