UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
ROBERTA PICU and SEVER PICU,            )    No. C14-0330RSL
                                        )
                    Plaintiffs,         )
         v.                             )    ORDER DENYING PLAINTIFFS'
                                        )    MOTION FOR LEAVE TO FILE
MARIANNA BOT, *et al.*,                 )    SUR-REPLY AND MOTION TO
                                        )    STRIKE
                    Defendants.         )
_____)

This matter comes before the Court on plaintiffs' "Motion for Relief from Deadline" (Dkt. # 93) and "Motion to Strike 29 C.F.R. § 785.23 as a Defense" (Dkt. # 94). The Court was able to evaluate and resolve the issues raised in defendants' motions for summary judgment without additional briefing. Plaintiffs' request for an extension of the deadline in which to file a sur-reply is therefore DENIED.

With regards to plaintiffs' request that the § 785.23 "defense" be stricken, they have not shown that the resident employee provision is an affirmative defense to a Fair Labor Standards Act claim. That section provides a methodology for calculating compensable hours when an employee resides at an employer's premises and the parties agree to utilize a reasonable approximation of the hours worked rather than attempting to track each compensable task. In this case, plaintiffs claim that they are entitled to wages pursuant to a contract of the type described in § 785.23. The section provides the standards by which the contract will be

ORDER DENYING PLAINTIFFS' MOTION
FOR LEAVE TO FILE SU-REPLY AND
MOTION TO STRIKE

evaluated: it is not a defense to or avoidance of the claim. Nor have plaintiffs shown that they served a discovery request that would have required defendants to disclose a legal argument they were planning to raise in a summary judgment motion.

For all of the forgoing reasons, plaintiffs' motions (Dkt. # 93 and Dkt. # 94) are DENIED.

Dated this 14th day of December, 2015.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge